UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 16-60342-CR-DIMITROULEAS

    Plaintiff,

vs.

PETER LAWRENCE KAFKA,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the Defendant's June 12, 2017 Objection to Writ of Garnishment [DE-86]. The Court referred the matter to U.S. Magistrate Judge Lurana S. Snow for a Report and Recommendation. The Court has received that Report and Recommendation [DE-91]. No objections were filed. The Court has conducted a de novo review. Defendant's objections to the writ of garnishment [DE-86] are overruled. The Report and Recommendation [DE-91] is approved.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of August, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jan C. Smith, II, AFPD
Danielle Croke, AUSA

Peter Lawrence Kafka, #14321-104
c/o Miami FDC
PO Box 019120
Miami, FL 33101